# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE LARDAS<br><br>                                    Plaintiff(s)<br>v.<br>RAVINDRA KUMAR LAHOTI, et al.<br><br>                                   Defendant(s). | CASE NUMBER<br><br>8:17-cv-00690-JLS-JDE<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

| Lewis, Brett E. | of | Lewis & Lin LLC |
|---|---|---|
| *Applicant's Name (Last Name, First Name & Middle Initial)* | | 45 Main Street, Suite 608 |
| 718-243-9323      718-243-9326 | | Brooklyn, NY 11201 |
| *Telephone Number      Fax Number* | | |
| Brett@ilawco.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**for permission to appear and participate in this case on behalf of**

LOUIE LARDAS, an individual

*Name(s) of Party(ies) Represent*  ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

| Houck, Ji-In L. | of | Stalwart Law Group |
|---|---|---|
| *Designee's Name (Last Name, First Name & Middle Initial)* | | 1100 Glendon Ave., 17th Fl. |
| 280088      310-954-2000 | | Los Angeles, California 90024 |
| *Designee's Cal. Bar No.  Telephone Number  Fax Number* | | |
| jiin@stalwartlaw.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: April 25, 2017**

JOSEPHINE L. STATON

**U.S. District Judge**