BRETT E. LEWIS (admitted *pro hac vice*)
Email: Brett@iLawco.com
LEWIS & LIN, LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
Telephone: (718) 243-9323
Facsimile: (718) 243-9326

Dylan Ruga (SBN 235969)
Ji-In Lee Houck (SBN 280088)
STALWART LAW GROUP
1100 Glendon Ave., 17th Floor
Los Angeles, CA 90024
Telephone:   (310) 954-2000
Email:  dylan@stalwartlaw.com
Email:  jiin@stalwartlaw.com

Attorneys for Plaintiff
LOUIE LARDAS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOUIE LARDAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RAVINDRA KUMAR LAHOTI, an individual, and DOES 1-100, inclusive,<br><br>Defendants. | Case No.:  8:17−cv−00690−JLS−JDE<br><br>*Assigned to the Hon. Josephine L. Staton, Courtroom 10A*<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW AS COUNSEL *PRO HAC VICE* FOR LOUIE LARDAS; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date: August 4, 2017<br>Time: 2:30 p.m.<br>Courtroom: 10A, 10th Floor<br><br>Complaint: April 14, 2017<br>Trial Date: None Set |

MOTION FOR LEAVE TO WITHDRAW AS COUNSEL *PRO HAC VICE*

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2      **PLEASE TAKE NOTICE** that on August 4, 2017 at 2:30 pm or as soon
3  thereafter as the matter may be heard in the above-entitled Court located at 411 W.
4  Fourth St., Santa Ana, CA 92701, Courtroom 10A, 10th Floor, the law firm of Lewis &
5  Lin LLC ("Lewis & Lin") will move to be relieved as counsel *pro hac vice* for plaintiff
6  Louis Lardas in this action pursuant to Local Rule 83-2.9.2.1.

7      This reason for this request is that there has been a total breakdown in the
8  attorney-client relationship that has made it impossible for Lewis & Lin to represent Mr.
9  Lardas in a meaningful fashion.

10     This motion is based on this Notice of Motion and Motion, the Memorandum of
11 Points and Authorities, the Declaration of Brett E. Lewis filed concurrently herewith, the
12 pleadings and papers on file in this action, and such further oral or documentary evidence
13 or argument as may be presented prior to or at the hearing on the matter.

15 Dated:  June 29, 2017          LEWIS & LIN LLC

18                            By:  /s/ Brett E. Lewis
                                BRETT E. LEWIS

20                            *Attorneys for Plaintiff*

# MEMORANDUM OF POINTS AND AUTHORITIES

In or around November 2016, Plaintiff retained Lewis & Lin to represent him in connection with this matter. Declaration of Brett E. Lewis ("Lewis Decl."), ¶ 5.

In connection with same, Mr. Lardas signed a retainer agreement with Lewis & Lin, where he agreed timely pay Lewis & Lin's fees (charged on an hourly basis) and certain expenses. Lewis Decl., ¶ 5. Over the past few months, Mr. Lardas has not responded to Lewis & Lin's communications despite the firm's multiple attempts to contact Mr. Lardas either via telephone or email. Lewis Decl., ¶¶ 8-11.

If the Court grants this Motion, Mr. Lardas would not be prejudiced in this litigation. The Complaint was only just filed on April 14, 2017. Dkt. 1. Defendant has been served, but has not responded to the Complaint yet. If, as anticipated, Stalwart Law Group also seeks, and is granted, the same relief, Mr. Lardas can proceed *pro se* or has sufficient time to hire new counsel.

Pursuant to Local Rule 83-2.3.2, Mr. Lardas was given written notice of this Motion on May 30, 2017, June 23, 2017, June 27, 2017 and June 29, 2017. Lewis Decl., ¶ 17. No other parties have appeared in this action. *Id.*

Dated: June 29, 2017

LEWIS & LIN LLC

By: /s/ Brett E. Lewis
      BRETT E. LEWIS

*Attorneys for Plaintiff*