NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE LARDAS, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RAVINDRA KUMAR LAHOTI, an individual, and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | Case No.: 8:17−cv−00690−JLS−JDEx<br><br>**ORDER GRANTING MOTIONS FOR LEAVE TO WITHDRAW AS COUNSEL FOR LOUIE LARDAS (Docs. 13, 14)** |

Before the Court are two Motions for Leave to Withdraw as Counsel, one filed by Dylan Ruga and Ji-In Lee Houck of Stalwart Law Group, and the other filed by Brett E. Lewis of Lewis & Lin LLC. (Docs. 13, 14.) Ruga, Houck, and Lewis are attorneys for Plaintiff Louie Lardas. Upon reviewing the Motions and the supporting documents, and for good cause shown, the Court GRANTS the Motions.

Accordingly, IT IS HEREBY ORDERED that Dylan Ruga, Ji-In Lee Houck, and Brett E. Lewis be terminated as counsel in this action. Until and unless Plaintiff retains new counsel, the docket shall reflect that Louie Lardas is proceeding *pro se*, and that his contact information is as follows:

Louie Lardas
1930 Village Center Circle #3-9268
Las Vegas, NV 89134
louie@internetdomains.com

Plaintiff is reminded that if he wishes to retain new counsel, he should do so promptly. Failure to timely prosecute this action will result in its dismissal. The clerk is ordered to serve this order on Plaintiff at the above address.

Dated: July 28, 2017

                                               _____
                                               HON. JOSEPHINE L. STATON
                                               UNITED STATES DISTRICT JUDGE