JACOB C. GONZALES (SBN 235555)
jgonzales@weintraub.com
DARRELL P. WHITE (SBN 270038)
dwhite@weintraub.com
**weintraub | tobin**
23 Corporate Plaza Drive, #200
Newport Beach, California 92660-7901
Tel: (949) 760-0204; Fax: (949) 760-2507

Attorneys for Defendant
RAVINDRA KUMAR LAHOTI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE LARDAS,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>RAVINDRA KUMAR LAHOTI, et al.,<br><br>　　　　　Defendants. | Case No. 8:17-cv-00690-JLS-JDE<br><br>Judge: Hon. Josephine L. Staton<br><br>**DEFENDANT'S REPLY AND NOTICE OF NON-OPPOSITION BY PLAINTIFF TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date: September 8, 2017<br>Time: 2:30 p.m.<br>Dept.: 10A |

Please take notice that there has been no opposition filed by Plaintiff LOUIE LARDAS ("Plaintiff") to Defendant RAVINDRA KUMAR LAHOTI's motion to dismiss Plaintiff's complaint for failure to state a claim upon which relief may be granted under Federal Rules of Civil Procedure section 12(b)(6), set for hearing on September 8, 2017, at 2:30 p.m. in Department 10A of the above-entitled court.

On August 11, 2014, Defendant filed his motion to dismiss, and served the motion and related documents on Plaintiff electronically using the Court's ECF System, and via overnight express mail at the address for Plaintiff on file with the Court. Plaintiff's opposition was due on August 18, 2017. L.R. 7-3 (Plaintiff was required to file his opposing papers at least "twenty-one (21) days before the date designated for hearing on the motion.") Plaintiff did not file a timely opposition to Defendant's motion to dismiss and, as of the date of this Reply, Plaintiff still has not filed an opposition.

Under L.R. 7-12, Plaintiff's failure to file opposing papers "may be deemed as consent to the granting" of Defendant's motion to dismiss. *See also U.S. v. Warren*, 601 F.2d 471, 474 (9th Cir. 1979) (failure to follow a district court's local rules is proper grounds for dismissal); *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (affirming dismissal on the basis of unopposed motion where local rule permitted such a dismissal). In determining whether to grant an unopposed motion to dismiss courts weigh the following factors: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions." *Ghazali*, 46 F.3d at 53 (quoting *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986)).

The Ninth Circuit recognizes that the first and fourth factors cut in opposite directions. *See Yourish v. Cal Amplifier*, 191 F.3d 983, 990 (9th Cir. 1999) (first factor always weighs in favor of dismissal); *Hernandez v. City of El Monte*, 138 F.3d 393, 401 (9th Cir. 1998) (fourth factor always weighs against dismissal). Here,

the second factor also weighs in favor of dismissal. The Court must manage its docket to ensure the efficient provision of justice. Plaintiff had notice of the motion yet failed to file an opposition, and has not provided an excuse for not doing so. As to the fourth factor, Plaintiff has taken no steps prosecute this action, including failing to respond to Defendant's efforts to meet and confer on the motion as required by L.R. 7-3. Indeed, the Court admonished Plaintiff in its July 28, 2017 order, granting Plaintiff's prior counsel's motion to withdraw, that "[f]ailure to timely prosecute this action will result in its dismissal." Defendant and the Court cannot continue waiting for Plaintiff to take action. As for the fifth factor, where the plaintiff does not oppose dismissal it is "unnecessary for the Court to consider less drastic alternatives." *Rodriguez v. Nationastar Mortg. LLC*, 2016 U.S. Dist. LEXIS 118591, at *2-4 (C.D. Cal., Sept. 1, 2016).

For the above reasons, as well as those set forth in Defendant's moving papers (Dkt. 18), Defendant respectfully asks that the Court dismiss Plaintiff's complaint and each claim asserted therein pursuant to Rule 12(b)(6).

Dated: August 24, 2017

**weintraub | tobin**

By: _____
Jacob C. Gonzales
Attorneys for Defendant
RAVINDRA KUMAR LAHOTI

# PROOF OF SERVICE

(CCP §§ 1013a(1), (3) and 1013(c) CRC Rule 2006(d))

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am over the age of eighteen years, and not a party to this action; and I am employed in the County of Orange, California, in which county the within mailing occurred. My business address is 23 Corporate Plaza Drive, #200, Newport Beach, CA 92660.

On *August 24, 2017,* I served a copy of the following documents:

Document(s) Served: **DEFENDANT'S REPLY AND NOTICE OF NON-OPPOSITION BY PLANTIFF TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Person(s) or Party Served: **See Attached Service List**

| Louie Lardas<br>1930 Village Center Circle #3-9268<br>Las Vegas, NV 89134<br>louie@internetdomains.com | **PLAINTIFF IN *PRO SE*** |
|---|---|

[XX] **(BY EXPRESS SERVICE CARRIER)** I deposited in a box or other facility regularly maintained by OVERNITE EXPRESS/FEDERAL EXPRESS an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents a copy of the above-referenced document, together with an unsigned copy of this declaration, in an envelope designated by the said express service carrier, with delivery fees paid or provided for, addressed to the above-referenced parties.

[**XX**] **(BY ELECTRONICALLY)** filing the foregoing document with the Clerk of the United States District Court, Central District, using its ECF System, which electronically notifies the persons on the attached service list at the email addresses registered with the ECF System.

I declare under the law of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on *August 24, 2017* at Newport Beach, California.

/*s*/ **Liz H. Graham**
Liz H. Graham