JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: SACV 17-690-JLS (JDE)                           Date: September 05, 2017
Title: Louie Lardas v. Ravindra Kumar Lahoti

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                           Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER GRANTING DEFENDANT'S MOTION TO DISMISS (Doc. 18)**

    Before the Court is Defendant Ravindra Kumar Lahoti's Motion to Dismiss the Complaint. (Mot., Doc. 18.) The Court finds this matter appropriate for decision without oral argument. Fed. R. Civ. P. 78; C.D. Cal. R. 7-15. Accordingly, the hearing set for September 8, 2017, at 2:30 p.m., is VACATED. Having read and considered the papers on file, the Court GRANTS the Motion.

    Defendant filed his Motion on August 11, 2017, noticing the hearing for September 8, 2017. (Mot.) Defendant moved to dismiss the Complaint in its entirety. (*Id.*) In accordance with the Local Rules, Plaintiff Louie Lardas's opposition to the Motion was due by August 18, 2017. *See* C.D. Cal. R. 7-9 (requiring an opposition brief to be filed not later than twenty-one days before the hearing). To date, Plaintiff has yet to file an opposition in this action. Local Rule 7-12 holds that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion . . . ." C.D. Cal. R. 7-12. *See also Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (per curiam) ("Failure to follow a district court's local rules is a proper ground for dismissal.")

    Before dismissing an action for noncompliance with a local rule, a district court must weigh several factors: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.: SACV 17-690-JLS (JDE) | Date: September 05, 2017 |
| Title: Louie Lardas v. Ravindra Kumar Lahoti | |

defendants; (4) the public policy favoring disposition of cases [on] their merits; and (5) the availability of less drastic sanctions." *Ghazali*, 46 F.3d at 53 (quoting *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986) (internal quotation marks omitted)). The balance of these factors clearly weighs in favor of dismissal.

      The public's interest, the Court's docket, and the conservation of judicial and attorney resources benefit from the dismissal of this case. By failing to timely respond to a dispositive motion, Plaintiff has shown a disinterest in prosecuting. Moreover, Plaintiff's delinquency prejudices Defendant to the extent it prevents him from timely extricating himself from the case, thereby causing him to continue incurring attorney's fees. *See W. Coast Theater Corp. v. City of Portland*, 897 F.2d 1519, 1524 (9th Cir. 1990) (holding that the expenditure of additional "time and money" because of opposing party's actions may result in prejudice). Although the Court recognizes both the public policy favoring disposition of cases on the merits and the availability of less drastic measures than dismissal, those factors bear less weight in light of Local Rule 7-12, under which all parties are advised that failing to timely respond to a motion constitutes consent to the Court granting a motion to dismiss without considering the merits. *See* C.D. Cal. R. 7-12. Moreover, in this case, the Court reminded Plaintiff that failure to timely prosecute this action would result in its dismissal. (Order, Doc. 17.)

      The Court, therefore, DISMISSES Plaintiff's claims against Defendant Lahoti. The Scheduling Conference set for October 6, 2017 at 1:30 p.m. is VACATED, and this case is administratively closed.

      Initials of Preparer: tg