UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: SACV 17-690-JLS (JDE)                                    Date: September 15, 2017
Title: Louie Lardas v. Ravindra Kumar Lahoti

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

  Terry Guerrero                                                                 N/A
Deputy Clerk                                                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                         Not Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER STRIKING INTERNATIONAL BRAVO'S MOTION FOR RECONSIDERATION (Doc. 25)**

On September 5, 2017, this Court dismissed this case without prejudice. Now before the Court is a Motion for Reconsideration, filed by International Bravo.com, Inc.

The Court STRIKES this Motion as improper. First, the case was dismissed without prejudice and subsequently administratively closed. Second, the filer of the Motion is not a party to the case. International Bravo.com, Inc. did not intervene in the case while it was open, nor were they substituted as an assignee per Federal Rule of Civil Procedure 25 (c). Finally, the motion fails to comply with Local Rule 7-3, which requires counsel to meet and confer with opposing counsel on the subject of the motion at least seven (7) days prior to the filing of the motion

This case remains closed. No further motions will be contemplated.

Initials of Preparer:  tg